UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

-against-

THOMAS ZEUMER,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/05/2023_

23 Civ. 10226 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 21, 2023, Plaintiff, Jane Doe, brought this application against Defendant, Thomas Zeumer. ECF No. 1. However, Plaintiff has not filed a request to proceed pseudonymously. *See, e.g., Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185 (2d Cir. 2008); Fed. R. Civ. P. 10(a).

    Accordingly, by **December 15, 2023**, Plaintiff shall file an application to proceed under pseudonym.

    Plaintiff is directed to immediately send a copy of this order to all parties.

    SO ORDERED.

Dated: December 5, 2023
       New York, New York

                                            ANALISA TORRES
                                United States District Judge