UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

-against-

THOMAS ZEUMER,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2024
```

23 Civ. 10226 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated October 8, 2024, the parties informed the Court that they had reached an agreement in this matter and were "work[ing] out the mechanics of said resolution." ECF No. 41. In response, the Court extended the deadlines in the parties' case management plan, giving the parties until November 7, 2024, to complete fact discovery. ECF No. 42. That deadline has now passed, and the Court has not heard from the parties. Accordingly, by **December 4, 2024**, the parties shall submit a joint status letter informing the Court of their intentions regarding this matter.

    The case management conference scheduled for November 25, 2024, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: November 20, 2024
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge